## THE SOUTHERN CROSS.

### THE SOCONY NO. 4.

Circuit Court of Appeals, Second Circuit.
June 6, 1927.

### No. 312.

Appeal from the District Court of the United States for the Eastern District of New York.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

Macklin, Brown, Lenahan & Speer, of New York City (Paul Speer, of New York City, of counsel), for appellant.

William F. Purdy, of New York City, for appellee.

PER CURIAM. Decree (21 F.[2d] 75) affirmed, with costs.